# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

**SHEENA T.,**

    **Plaintiff,**

        Case No. 2:23-cv-1830

vs.

        Judge Edmund A. Sargus, Jr.

        Magistrate Judge Litkovitz

**COMMISSIONE OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter arises on Plaintiff's Unopposed Motion to Dismiss Voluntarily.  (ECF No. 8.) The Court **GRANTS** Plaintiff's Motion.  Plaintiff's action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

    **IT IS SO ORDERED.**

**9/19/2023**                                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                                          **EDMUND A. SARGUS, JR.**
                                                                       **UNITED STATES DISTRICT**